UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

---

In re:                                                                   Case No. 18-15211-jps
Chapter 7

Susan Faye Quinn,

                              ***WITHDRAWAL OF***
       Debtor(s).                              ***REAFFIRMATION AGREEMENT***

---

Santander Consumer USA Inc., by its undersigned attorney in fact, hereby withdraws its Reaffirmation Agreement that was filed on September 19, 2018 as Docket No. 7.

Dated: <u>February 14, 2019</u>         STEWART, ZLIMEN & JUNGERS

                                      By <u>  /s/Bradley J. Halberstadt  </u>
                                             Bradley J. Halberstadt, Attorney in Fact
                                             c/o Stewart, Zlimen & Jungers
                                             2277 Highway 36 West, Suite 100
                                             Roseville, MN  55113
                                             Phone:  651-366-6380, Ext. 111
                                             Fax:  651-366-6383
                                             E-Mail:  brad@szjlaw.com